IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00617-MSK-CBS

UNIQUE PRODUCT SOLUTIONS, LIMITED,

    Plaintiff,

v.

RAINBOW PLASTIC PRODUCTS, RLLLP,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on David J. Hrina's Motion for Leave to Withdraw (*doc # 27*) as counsel for Plaintiff, filed on April 26, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and David J. Hrina is terminated as counsel of record in this action. The Clerk of Court is instructed to terminate electronic notification to Mr. Hrina and to remove him from the Notice of Electronic Filing.

**DATED:**    April 27, 2011