IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00617-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: August 30, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*  *Counsel:*

UNIQUE PRODUCT SOLUTIONS, LIMITED,    Todd F. Bovo
   Julie Walker

    Plaintiff,

v.

RAINBOW PLASTIC PRODUCTS, RLLP,    Brent K. Olsson

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 1:34 p.m.**
Court calls case. Appearances of counsel. Client representative David Hirna present.

Argument by Mr. Olsson and Ms. Walker.

**ORDERED:** Defendant Rainbow Plastic Products, RLLLP Motion for Sanctions Per Fed.R.Civ.Pr.Rule 11(c) [15] is **GRANTED IN PART AND DENIED IN PART** as stated on the record. The court **STRIKES** paragraphs 22, 23 and 24 from the First Amended Complaint.

**ORDERED:** The court awards the fees and costs incurred in bringing this motion. Defendant to submit a bill of costs within **15 days** of today's date.

HEARING CONCLUDED.
**Court in recess: 2:42 p.m.**
Total time in court:     01:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.